# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV11-08359 JAK (JEMx) | Date | August 1, 2012 |
|---|---|---|---|
| Title | Gino Corporation v. GSGM Imports and Exports, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL RE LACK OF PROSECUTION AS TO DEFENDANTS INI APPAREL, INC. AND KEVIN UM**

The Court, on its own motion, orders Plaintiffs to show cause in writing no later than **August 23, 2012**, why Defendants INI Apparel, Inc. and Kevin Um should not be dismissed for lack of prosecution. Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, plaintiff shall file an application for the entry of default as to these two Defendants. Plaintiff is advised that the Court will consider the filing of an application, which complies with the federal rules, on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.

The Order to Show Cause will stand submitted upon the filing of an appropriate response.  No oral argument will be heard unless otherwise ordered by the Court.  Failure to file respond will result in the dismissal of the Defendants.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |