A. Justin Lum (State Bar No. 164882)
Lum Law Group, LLP
1005 E. Colorado Blvd. Ste. 207
Pasadena, CA 91106-2342
Telephone: (626) 395-9888
Fax: (626) 795-8836
Email: ajlum@lumlawgroup.com

**JS-6**

Attorneys for Plaintiff
GINO CORPORATION doing business as
SHAKA WEAR

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GINO CORPORATION dba SHAKA WEAR, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GSGM IMPORTS & EXPORTS, INC., a California Corporation, and CHANGSHU WANTAI IMP & EXP TRADE CO., LTD., a China company, SEOUNG H. YANG, an individual, INI APPAREL, INC., a California Corporation, and KEVIN UM, an individual,<br><br>Defendants.<br><br>and related counterclaims | CASE NO. CV11-08359 JAK (JEMx)<br><br>**ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**CC: FISCAL** |

///
///
///
///
///
///
///
///

**[Proposed] Order re: Stipulation of Dismissal With Prejudice**

## STIPULATION

Pursuant to the Joint Stipulation of Plaintiffs GINO CORPORATION dba SHAKA WEAR and Defendants GSGM IMPORTS & EXPORTS, INC., CHANGSHU WANTAI IMP & EXP TRADE CO., LTD., and SEOUNG H. YANG, being all parties to this action, the above-captioned action is hereby ordered dismissed in its entirety, including all claims and counterclaims, with prejudice, each party bearing their own costs and fees, and waiving all rights of appeal.

It is further ordered that the bond submitted in conjunction with Plaintiff's application for temporary restraining order and preliminary injunction be released.

**IT IS SO ORDERED.**

Dated: November 20, 2012

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT COURT JUDGE

CC: FISCAL

[Proposed] Order re: Stipulation of Dismissal With Prejudice